UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

BAO GUO ZHANG,
GUOYI WANG,
TONG WEI WU,
ZHI QIANG LU,
CHENG XIA WANG,
CHUNLIN ZHANG,
JUN QING ZHAO, and
ZE JUN ZHANG
    a/k/a Zejun Zhang,
*on behalf of themselves and others similarly situated*, and
YA QIANG ZHANG,
JUN LING ZHAO,
HUI MIN ZHAO,
JING GUAN,
HUI LIANG ZHAO, and
LI WENG,
*on behalf of themselves and others similarly situated,*
               Plaintiffs,

v.

SHUN LEE PALACE RESTAURANT, INC.
    d/b/a Shun Lee Palace,
T & W RESTAURANT, INC.
    d/b/a Shun Lee West,
T & W PAYROLL SERVICES, INC.,
MICHAEL TONG,
JOHN HWANG,
WILLIAM HWANG, and
BIN HU
    a/k/a Bin Wu
               Defendants.

------------------------------------------------------------------x

19-cv-3094 (VSB)

Case No: ~~17-cv-00840~~

NOTICE OF MOTION FOR RECONSIDERATION/ RELIEF FROM JUDGMENT UNDER F.R.C.P. 59(E) AND LOCAL CIVIL RULE 6.3

The instant motion for reconsideration was heard and DENIED in associated case No. 17-cv-840. See Bao Guo Zhang v. Shun Lee Palace Rest., Inc., No. 17-CV-00840 (VSB), 2021 WL 634717 (S.D.N.Y. Feb. 16, 2021). Accordingly, the Clerk of Court is respectfully directed to terminate the open motion at Document 38.

SO ORDERED:

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK   10/1/2021
UNITED STATES DISTRICT JUDGE

**PLEASE TAKE NOTICE** that upon the declaration of John Troy, and Plaintiff's Memorandum of Law and all prior papers and proceedings herein, Plaintiff hereby moves this Court before the Honorable **VERNON S. BRODERICK**, United States District Judge, in the United States District Court for the Southern District of New York, 40 Foley Square, New York,

NY 10007, to Alter or Amend the Judgment, under F.R.C.P. 59(e) and to Reconsider the summarily denial of Plaintiffs' Opposition to the Settlement under Local Civil Rule 6.3.

Dated: Flushing, NY
September 28, 2020

                                            Respectfully submitted,
                                            TROY LAW, PLLC

                                            /s/ John Troy
                                            John Troy